IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOWARD HAWK WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01423 |
| ) | Judge Trauger |
| COMMISSIONER TONY PARKER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On November 6, 2018, the magistrate judge issued a Report and Recommendation (DE #51), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the claims against defendant Centurion of Tennessee, LLC and Dr. Maria Cadreche are DISMISSED, and this case is DISMISSED in its entirety.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 17th day of December 2018.

_____
ALETA A. TRAUGER
U.S. District Judge